■ In the Matter of MARIAH P., an Infant. ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; TIMOTHY W., Appellant, et al., Respondent. (Appeal No. 2.) [768 NYS2d 922]— Appeal from an order of Family Court, Erie County (Rosa, J.), entered February 20, 2002, which adjudged that Mariah P. is an abused child and placed the child in the custody of petitioner for a period of 12 months.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Family Court, Erie County, Rosa, J. Present—Pigott, Jr., P.J., Green, Hurlbutt, Scudder and Hayes, JJ.